EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CONSTANCE A. HASSELL #3374
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Constance.Hassell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR03-00130 HG |
| Plaintiff, | ) | |
| | ) | INDICTMENT |
| vs. | ) | 21 U.S.C. § 841(a) |
| ANN MASAMI SHIOWAKI, | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges that:

On or about March 12, 2003, in the District of Hawaii, Defendant ANN MASAMI SHIOWAKI did knowingly and intentionally possess with the intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(A).

DATED: March 19, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_[signature]_
FLORENCE NAKAKUNI
Chief, Narcotics Section
Assistant U.S. Attorney

_[signature]_
CONSTANCE A. HASSELL
Assistant U.S. Attorney

United States v. Ann Masami Shiowaki
Cr. No. _____
INDICTMENT

2